# EXHIBIT B

METRO

# Uber users are mistakenly jumping into random cars

By Sophia Rosenbaum

August 19, 2014 | 1:52am



Photo: Christopher Sadowski

Wacky Uber users think the ride-sharing app is so popular that everyone's in on it — jumping into random cars across the country.

"Basically, anytime I'm pulled over on the side of the street, someone tries to hail me or just opens my car door," one New Yorker told the media blog ValleyWag.

Tweets countrywide show it isn't limited to New York.

In DC, @KasibShah wrote, "Someone just got in my car thinking I was her uber."

 sunny
@KasibShah

Follow

Someone just got in my car thinking I was her uber..... I said no bitch this is my car..... Like she got in and got comfortable

12:03 AM - 23 Jun 2014

33    37