Civil Action No. 1:16-cv-4178

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Christopher Sadowski,                                                                         Plaintiff,

-Against-

Gawker Media LLC,                                                                           Defendant.

State of New York)
                 SS.:
County of Albany)

Jeffrey Teitel, being duly sworn, deposes and says that deponent is over the age of eighteen years, is employed by the attorney service, TEITEL SERVICE BUREAU INC., and is not a party to this action.

That on the 8th day of June 2016 at the office of the Secretary of State of New York in the City of Albany he served the annexed Summons in a Summons in a Civil Action, Complaint, Civil Cover Sheet, Electronic Case Filing Rules & Instructions, Individual Practices in Civil Cases Alison J. Nathan, United States District Judge and Individual Practices in Civil Cases Sarah Netburn, United States Magistrate Judge on Gawker Media LLC by delivering and leaving with Nancy Dougherty, a clerk in the office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, Deponent paid said Secretary of State a fee of $40.00 Dollars. That said service was pursuant to section 303 of the Limited Liability Company Law.

Deponent further states that he knew the person so served as forsaid to be a clerk in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age | Height | Weight |
|---|---|---|---|---|---|
| __ Male | ✓ White | __ Light | __ 20-30 | ✓ 5'-5'5" | ✓ 100-150 |
| ✓ Female | __ Black | __ Medium | __ 31-40 | __ 5'6"-6' | __ 151-200 |
|  | __ Other | ✓ Dark | __ 41-50 | __ 6'1"-6'5" | __ 200-250 |
|  |  |  | ✓ 51-60 | __ 6'6"+ | __ 250+ |

Sworn to before me this 8th day of
June, 2016

_____
Hilary Teitel
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires September 11, 2017

_____
Jeffrey Teitel